UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUFFOLK COUNTY                    Docket No. 12-10913MLW

Enoh Johnson
            vs.
Thomas M. Hudgson

Dear Clerk: Enclosed, For filing, Please Find Petitioner Enoh Johnson's New and Current Address:

Enoh Johnson
1224 Soldiersfield Road
Brighton, MA · 02135

Date: 12/13/2012

Respectfully Submitted,

Johnson, Enoh
1224 Soldiersfield Rd
Brighton, MA · 02135