UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ENOCH A. JOHNSON
　　Plaintiff,

V.

Thomas M. Hodgson
　　Defendant.

2014 JUN -2 P 1:10

C.A. NO. 12-10913-MLW

　　　　COURT
　　　　MASS.

The Clerk's office! Enclosed, for filing please find Plaintiff Enoch Johnson's, Change of address:

　　NEW: 6 Harvard Park #1
　　　　　Dorchester, MA 02124

　　OLD: 1234 Soldiers Field Road
　　　　　Brighton, MA 02135

Respectfully Submitted,

Johnson, Enoch

Date: 6-2-14